UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Kurtz,

                Plaintiff(s),

     -against-

United States of America,

                Defendant(s).
------------------------------------x

15cv299 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff and counsel shall confer and inform Judge Preska by letter no later than August 31, 2018 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                      _____
                                      LORETTA A. PRESKA,
                                      Senior U.S.D.J.

Dated: 8/22/18
New York, New York